AV:JSS:jss
F. #1998R01996
FS.7B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

               Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE PURSUANT TO RULE 7(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Cr. **CR 981101**

**GLASSER, CHREIN**

      PLEASE TAKE NOTICE that ZACHARY W. CARTER, United States Attorney for the Eastern District of New York, by Assistant United States Attorney, Jonathan S. Sack, will move before a judge of the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           December 3, 1998

                                      ZACHARY W. CARTER
                                      United States Attorney
                                      Eastern District of New York
                                      225 Cadman Plaza East
                                      Brooklyn, New York 11201

By:    _____
        Jonathan S. Sack
        Assistant U.S. Attorney
        (718) 254-6238

