*ILG/Chrein*

*1101*

F. #1998R01996

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1. Title of Case: U.S. v. JOHN DOE        CR 981101

2. Related Magistrate Docket Number(s): N/A

None (X)

3. Arrest Date: N/A                        GLASSER, J.

4. Nature of Offense(s):     ✓ Felony
                             ___ Misdemeanor        CHREIN

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of
   the Local E.D.N.Y. Division of Business Rules).

   U.S. v. JOHN DOE 98 cr 1069(ILG)

6. Projected Length of Trial:    Less than 6 weeks (x)
                                 More than 6 weeks ( )

7. County in which cause of action arose: KINGS
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business
   Rules)

8. Has this indictment/information been ordered sealed? ( )Yes (✓)No

9. Have arrest warrants been ordered? ( )Yes    (✓)No

UNITED STATES ATTORNEY

By: _____
    Jonathan Sack
    Assistant U.S. Attorney
    (718) 254-6238