CHERYL L. POLLAK  
U.S. MAGISTRATE JUDGE

DATE: 1/6/99  
TIME: 12:45 PM

## CALENDAR : MAGISTRATE'S PROCEEDING

DOCKET NO. __98 CR 1101 (ILG)__

DEFENDANT'S NAME : __Felix Sater__  
___ CUSTODY   _X_ BAIL

DEFENSE COUNSEL : _____  
___ CJA   ___ RETAINED   ___ LEGAL AID

A.U.S.A. : __Jonathan Sack__   DEPUTY CLERK : S.M. YUEN

TAPE # : __99/2 (4072 - 4816)__

INTERPRETER : (Language - _____)

_X_ CALENDAR CALL

___ MAGISTRATE ARRAIGNMENT HELD

___ STATUS HEARING HELD

___ DETENTION HEARING HELD   ___ DETENTION ADJ'D TO _____

_X_ BAIL HEARING HELD

___ At this time, defense counsel states on the record that the defendant does not have a bail application/package. ORDER OF DETENTION entered with leave to reapply to a Magistrate or to the District Court Judge to whom this case will be assigned.

___ WAIVER OF SPEEDY INDICTMENT entered from _____ to _____

___ WAIVER OF SPEEDY TRIAL entered from _____ to _____

OTHERS : __Dft released on a $500,000 PRB co-signed by ∆'s wife. (Bond was set by J. Glasser)__