**U.S. Department of Justice**



**RECEIVED**
3/10/99
CHAMBERS OF
I. LEO GLASSER
U. S. D. J.

*United States Attorney*
*Eastern District of New York*

AV:JSS:jss
F. #1998R01995
SATESEN1.LTR

*195 Montague Street*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

March 10, 1999

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Felix Sater
>      Criminal Docket No. 98-1101 (ILG)

Dear Judge Glasser:

This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which is now scheduled for March 11, 1999.  The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time.  I have spoken with Ms. Schillat, who indicated that a new sentencing date of October 19, 1999 at 10:00 a.m. would be convenient for the Court.  I have also spoken with the defendant's attorney, Myles Malman, Esq., and he consents to the requested adjournment.

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

ZACHARY W. CARTER
UNITED STATES ATTORNEY

By: _____
    Jonathan S. Sack
    Assistant U.S. Attorney
    (718) 254-6238

cc:   Myles Malman, Esq.
      12955 Biscayne Boulevard
      North Miami, Florida 33181