**U.S. Department of Justice**

United States Attorney
Eastern District of New York

*RECEIVED / CHAMBERS OF / I. LEO GLASSER / U. S. D. J.*

AV:JSS:jss
F. #1998R01995
sater2.sen

195 Montague Street
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

October 26, 1999

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Felix Sater
           Criminal Docket No. 98-1101 (ILG)

Dear Judge Glasser:

      This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for October 19, 1999. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of January 25, 2000 at 10:00 a.m. would be convenient for the Court. I have also spoken with the defendant's attorney, Myles Malman, Esq., and he advisd me that the defendant consents to the requested adjournment.

2

    Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

                                          Respectfully submitted,

                                          ZACHARY W. CARTER
                                          UNITED STATES ATTORNEY

By:   _____
        Jonathan S. Sack
        Assistant U.S. Attorney
        (718) 254-6238

cc:  Myles Malman, Esq.
     12955 Biscayne Boulevard
     North Miami, Florida 33181

*So ordered*
*[signature] USDJ*
*10/26/99*