**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AV:JSS:jss
F. #1998R01995
sater3.sen

195 Montague Street
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

January 26, 2000

<u>TO BE FILED UNDER SEAL</u>

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Felix Sater
     <u>Criminal Docket No. 98-1101 (ILG)</u>

Dear Judge Glasser:

This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for January 25, 2000. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of May 9, 2000 at 10:00 a.m. would be convenient for the Court. The defendant's attorney, Myles Malman, Esq., has consented to adjournment of sentence until the defendant's cooperation is complete.

       Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

By:                         
                              Jonathan S. Sack
                              Assistant U.S. Attorney
                              (718) 254-6238

cc: Myles Malman, Esq.
    12955 Biscayne Boulevard
    North Miami, Florida 33181

*Request granted*
*So Ordered*
*I.L. Glasser*
*1/26/00*