

AW:JSS:jss
F. #1999R01109
sater sen ltr 1.wpd

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

January 7, 2002

<u>TO BE FILED UNDER SEAL</u>

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. John Doe (Felix Sater)</u>
          <u>Criminal Docket No. 98-1101 (ILG)</u>

Dear Judge Glasser:

    This letter is submitted to confirm that, pursuant to a recent conversation with Ms. Schillat, the sentencing of the above-captioned defendant, Felix Sater, has been scheduled for March 13, 2002 at 10:00 a.m. Because filings in this matter remain under seal on account of Sater's cooperation with the government, we request that this letter also be filed under seal.

                              Respectfully submitted,

                                ALAN VINEGRAD
                              UNITED STATES ATTORNEY

By: _____
     Jonathan S. Sack
     Assistant U.S. Attorney
     (718) 254-6238

     Eric O. Corngold
     Assistant U.S. Attorney
     (718) 254-6147

cc: Myles Malman, Esq. (By Mail)

*Granted*
*So ordered*
*I. L. Glasser USDJ*
*1/7/02*