**MALMAN, MALMAN & ROSENTHAL**

COUNSELLORS AT LAW
YANKEE CLIPPER CENTER
3230 STIRLING ROAD
SUITE I
HOLLYWOOD, FLORIDA 33021
TELEPHONE (954) 322-0065
FAX (954) 322-0064

MYLES H. MALMAN
ADMITTED
FLORIDA, NEW YORK, PENNSYLVANIA
myles@malman.com

JILL A. MALMAN
ADMITTED
FLORIDA, CALIFORNIA
jill@malman.com

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED
FLORIDA, NEW JERSEY
jon@malman.com

LEIGH R. SHINOHARA
leigh@malman.com

125 WORTH AVENUE
SUITE 206
PALM BEACH, FLORIDA 33480
TELEPHONE (561) 734-0440
FACSIMILE (561) 659-2466

685 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 661-7510
FACSIMILE (212) 661-7516

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
TELEPHONE (908) 301-9001
FACSIMILE (908) 301-9008

**FILED UNDER SEAL**

March 21, 2003

Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Felix Sater*
*Case No. 98-CR-1101-(ILG)*

Dear Judge Glasser:

Unlimited international travel is hereby requested for Felix Sater, the defendant in the above referenced case. The travel is being requested by the FBI with the knowledge and consent of the Assistant United States Attorney in charge of this matter, Eric Korngold.

Pursuant to the agreement, Mr. Sater will notify FBI Special Agent William McCausland in advance of any travel and will provide Agent McCausland of the plans of said travel. Thank you for the Court's consideration of this request.

Respectfully submitted,

Myles H. Malman

MHM/tnt

cc: Eric Korngold, Esquire
William McCausland, F.B.I., Special Agent