# MALMAN, MALMAN & ROSENTHAL

MYLES H. MALMAN
ADMITTED
IN FLORIDA, NEW YORK, PENNSYLVANIA
myles@malman.com

JILL A. MALMAN
ADMITTED IN
FLORIDA, CALIFORNIA
jill@malman.com

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED
FLORIDA, NEW JERSEY
jon@malman.com

COUNSELLORS AT LAW
YANKEE CLIPPER CENTER
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FLORIDA 33021
TELEPHONE (954) 322-0066
FAX (954) 322-0064

125 WORTH AVENUE
SUITE 205
PALM BEACH, FLORIDA 33430
TELEPHONE (561) 734-0440
FACSIMILE (561) 658-2468

780 THIRD AVENUE
34TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 755-4800
FACSIMILE (212) 755-2814

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
TELEPHONE (908) 301-8001
FACSIMILE (908) 301-8008

July 19, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**
Tanya Johnson
Chambers of The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   ***United States v. Felix Sater***
> ***Case No. 98-CR-1101-(ILG)***

Dear Ms. Johnson:

This will serve to confirm our telephone conference of today wherein the *3:30* sentencing hearing of Felix Sater has been rescheduled for September 9, 2004 at ~~2:00~~ p.m. before Judge Glasser. As I explained on the phone, I have yet to receive a copy of the PSIR. Thank you for your courtesy in this matter.

Very truly yours,

Myles H. Malman

MHM/pg

cc:   Eric Korngold, Esquire
      Michelle Espinosa, United States Probation
      Felix Sater

