UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Division

Case No: 98-CR1101-ILG
Magistrate Judge Azrak

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX SATER

    Defendant.
_____/

**NOTICE OF CHANGE OF FIRM NAME**

    Written notice is hereby given that Myles H. Malman, P.A. has changed its name to Malman & Associates, and request is made that all service lists be amended accordingly.

Respectfully Submitted,

Malman & Associates
Attorney for Defendant Felix Sater
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
Telephone   (305) 891-0066
Fax   (305) 891-1015

By: _____
    Myles H. Malman

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via First Class Mail to Assistant United States Attorney Jonathan Sack, 225 Cadman Plaza East, Brooklyn, NY 11201 this 2nd day of February, 1999.

By: _____
    Myles H. Malman