# MALMAN & ASSOCIATES

MYLES H. MALMAN
ADMITTED IN
FLORIDA, NEW YORK, PENNSYLVANIA

JILL A. MALMAN
ADMITTED IN
FLORIDA, CALIFORNIA

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED IN
FLORIDA, NEW JERSEY

OF COUNSEL
REBECCA L. HENDERSON
CHRISTOPHER M. KISE

COUNSELLORS AT LAW
12955 BISCAYNE BOULEVARD
SUITE 202
NORTH MIAMI, FLORIDA 33181
TELEPHONE (305) 891 0086
FAX (305) 891-1015
E-MAIL  myles@malman.com

TAMPA OFFICE
101 EAST KENNEDY BOULEVARD
SUITE 1050
TAMPA, FLORIDA 33602
TELEPHONE (813) 221-7877
FAX (813) 221-7878

NEW JERSEY OFFICE
47 MAPLE STREET
SUITE 206
SUMMIT, NEW JERSEY 07901
TELEPHONE (908) 608-0880
FAX (908) 608-0834

February 16, 1999

**UNDER SEAL**
**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  **U.S. v. Felix Sater**
>      **Case No.  98-1101 (ILG)**

Dear Judge Glasser:

I write to request the Court's permission to allow Felix Sater, my client in the above-referenced action to travel to Orlando, Florida from February 19, 1999 to February 23, 1999.  During that time, I will be meeting with Mr. Sater for at least two days in the Middle District of Florida.

I have spoken with Assistant United States Attorney Jonathan Sack who has no objection to this request.

Respectfully yours,

Myles H. Malman

MHM/np

cc: Jonathan Sack, Esquire
    Felix Sater

So Ordered _____
              **Judge I. Leo Glasser**

2/17/99