## MALMAN & ASSOCIATES

MYLES H. MALMAN
ADMITTED IN
FLORIDA, NEW YORK, PENNSYLVANIA

JILL A. MALMAN
ADMITTED IN
FLORIDA, CALIFORNIA

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED IN
FLORIDA, NEW JERSEY

OF COUNSEL
REBECCA L. HENDERSON
CHRISTOPHER M. KISE

COUNSELLORS AT LAW
12835 BISCAYNE BOULEVARD
SUITE 202
NORTH MIAMI, FLORIDA 33181
TELEPHONE (305) 891-0088
FAX (305) 891-1015
E-MAIL myles@malman.com

TAMPA OFFICE
101 EAST KENNEDY BOULEVARD
SUITE 1080
TAMPA, FLORIDA 33602
TELEPHONE (813) 221-2077
FAX (813) 221-7878

NEW JERSEY OFFICE
47 MAPLE STREET
SUITE 202
SUMMIT, NEW JERSEY 07901
TELEPHONE (908) 608-0090
FAX (908) 608-0284

March 4, 1999

**UNDER SEAL**
**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Felix Sater*
Case No. 98-1101 (ILG)

Dear Judge Glasser:

I write to request the Court's permission to allow Felix Sater, my client in the above-referenced action, to travel to Charlotte, North Carolina for one day tomorrow, March 5, 1999, departing New York at approximately 6:55 AM and returning to New York at approximately 8:48 PM. While in Charlotte, Mr. Sater will attend a business seminar, as detailed on the attached two page confirmation from Your Office USA in Charlotte.

I apologize for not having made this request earlier, however Mr. Sater's wife was originally going to attend this seminar, but only recently became unable to attend.

I have called Assistant United States Attorney Jonathan Sack to discuss this request, however he has been out of the office. I have left messages for him, as well as for Assistant United States Attorney Alan Vicarry. Further, I discussed this matter with FBI Special Agent Leo Taddeo, who has no objection to this request.

Respectfully yours,

Myles H. Malman

MHM/jr

cc: Jonathan Sack, Esquire
    Felix Sater

So Ordered: _____
    Judge I. Leo Glasser



March 4, 1999

Dear Felix,

First, we would like to thank you for your decision to join us at our Discovery Day next Friday, March 5th. We are excited to show you what a *YOUR OFFICE USA* business center looks and feels like. Second, please use the agenda that follows to help you plan accordingly. We invite you to prepare any questions or concerns. If you need any other assistance, feel free to contact me at (888) 950-1700. Last, please give me a call upon receipt of this information to confirm your attendance.

Again, we would like to thank you for joining us and are looking forward to meeting you.

Sincerely,

Dan Cummins
Franchise Sales Coordinator


*YOUR OFFICE USA* • Corporate Headquarters
13777 Ballantyne Corporate Place • SUITE 250 • Charlotte • NC • 28277
PHONE: (704) 944-3200 • FAX: (704) 944-3201

# DISCOVERY DAY AGENDA

| TIME | TOPIC | PRESENTER |
|---|---|---|
| **Friday, March 5, 1999** | | |
| 10:00 - 10:30AM | Welcome & Introductions | Jeff Johnson - Vice President |
| 10:30 - 12:00PM | Your Office USA Power Point Presentation | Jeff Johnson - Vice President |
| 12:00 - 12:30PM | Tour Business Center | Christopher Willingham - Director, Research & Development |
| 12:30 - 2:00PM | Lunch | |
| 2:00 - 2:20PM | Marketing & Public Relations | Todd Kumas - Director, Sales & Marketing |
| 2:20 - 2:40PM | Site Selection, Demographics & Construction | McCord Moody - Real Estate Development |
| 2:40 - 3:00PM | Start-up Costs, Leasing & Validations | Jeff Johnson - Vice President |
| 3:00 - 3:20PM | Franchise Support & Training | Jeff Johnson - Vice President |
| 3:20 - 3:30PM | Franchise Offering Circular | Rob Mason - Area Sales Manager - Carolinas |
| 3:30 - 4:00PM | Conclusion & Decision Making | Jeff Johnson - Vice President |