UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

FELIX SATER,

                Defendant.

- - - - - - - - - - - - - - - - -X

U N S E A L I N G
O R D E R

98 CR 1101 (ILG)

        On application of the United States Attorney for the Eastern District of New York by Assistant United States Attorney Todd Kaminsky, who advises the Court that the defendant has pleaded guilty and will soon be sentenced by the Court,

        IT IS HEREBY ORDERED that documents referred to in docket entries 5-8, 11, 13 and 16-17 on file with the Court under the above caption are unsealed, for the limited purpose of providing copies to the government and defense counsel.

        IT IS FURTHER ORDERED that after the copies are provided, the documents be resealed.

Dated:    July 16, 2009
            Brooklyn, New York

                                      _____
                                      THE HONORABLE I. LEO GLASSER
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK