**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 16 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA　　　　　:

　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　　98-CR-1101 (ILG)

　　　　　　vs.　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　　**NOTICE OF APPEARANCE**

　　　　　　　　　　　　　　　　　　　:

FELIX SATER,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

　　　　　　Defendant.　　　　　　:

-----------------------------------------------------x

　　　　　　PLEASE TAKE NOTICE that I hereby respectfully enter my appearance as

counsel for Felix Sater, the above named defendant.  I am admitted to practice in this District.

　　　　　　　　　　　　　　　Respectfully submitted,

Dated: New York, New York　　　　　s/　Leslie R. Caldwell
　　　July 16, 2009　　　　　　　　Leslie R. Caldwell (LC-52101)

　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　New York, NY 10178
　　　　　　　　　　　　　　　(212) 309-6000
　　　　　　　　　　　　　　　(212) 309-6001 (efax)
　　　　　　　　　　　　　　　Email: lcaldwell@morganlewis.com