Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

RECEIVED
8/28/09
Chambers of
I. Leo Glasser
U.S.D.J.

August 26, 2009

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201-1832

Re:     United States v. Sater (98-CR-1101-01)

Dear Judge Glasser:

We represent the defendant in the above matter and are respectfully requesting a two-week adjournment of the sentencing until October 2, 2009.

I have discussed this request with AUSA Todd Kaminsky and he has no objection.

Respectfully,

Kelly A. Moore

cc: AUSA Todd Kaminsky

*Granted
So ordered
I.L. Glasser, USDJ
8/28/09*

*adjourned to 10 a.m. 10/2/09*

DB1/63579839.1