**CRIMINAL CAUSE FOR SENTENCING**

BEFORE GLASSER, J.                DATE: **10/23/2009**                Time: 10:00-10:40

**CR- 98-1101**

DEFT NAME:        **Felix Slater**

_____ **X  present**    _ not present      _ cust.        **X bail**

DEFENSE COUNSEL:   **Kelly Moore**

_____ **X  present**    _ not present      _ CJA   **X RET.**       _ LAS

DEFENSE COUNSEL:   **Leslie Caldwell**

_____ **X  present**    _ not present      _ CJA   **X RET.**       _ LAS


**A.U.S.A.: Todd Kaminsky/Marshall Miller**        CLERK: Ogoro N. Francis

C.R.: Fred Guerino                Prob: Michelle Espinoza

INT:  (LANG.-  )


_ X_        CASE CALLED.          __        SENTENCING ADJ'D TO_____.

_ X_        SENTENCING HELD.        _ X__        STATEMENTS OF DEFT AND COUNSEL HEARD.

_ X_        DEFT SENTENCED ON COUNT(S)___ **ONE (1)** _____ OF THE

(Superseding)  Indictment / **Information.**

SENTENCE TEXT:   **The Defendant is Sentenced to A FINE of $25,000.  A Special Assessment of**

**ONE HUNDRED ($100) DOLLARS. No Restitution. No Open Counts.**

_____


_REMAINING OPEN COUNTS ARE DISMISSED ON        _        GOVTS MOTION

                                _        COURT'S MOTION

 **X  COURT ADVISED DEFT OF RIGHT TO APPEAL.**    _        I.F.P. GRANTED.

_DEFT REMANDED.                _DEFT ON BAIL PENDING APPEAL.