UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

                           Plaintiff,

    -against-

FELIX SATER,

                          Defendant,
-------------------------------------------------------------x

98 CR 1101(ILG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK,  )
                        ) ss.:
COUNTY OF NEW YORK, )

Joseph Calabrese, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am not a party to this action.

2. On May 19, 2010, at approximately 10:23 a.m., at the Law Office of Lewis & Fiore, located at 225 Broadway, New York, New York 10007, I personally served a copy of the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Felix Sater's Memorandum of Law in Support of Order directing Return of Sealed and Confidential Materials, Declaration of Kelly Moore and Application for Leave to File Document Under Seal on Judy Kriss, Michael Ejekam and Fred Oberlander by leaving the same with Bernie Frost, the Secretary to Mr. David Lewis Esq. attorney for Judy Kriss, Michael Ejekam and Fred Oberlander.

3. At the time of said service, Ms. Frost stated that she was expecting the documents and will accept service of the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Felix Sater's Memorandum of Law in Support of Order directing Return of Sealed and Confidential Marerials, Declaration of Kelly Moore and Application for Leave to File Document Under Seal on behalf of Mr. Lewis.

4. Ms. Frost may be described as a Caucasian female, approximately 50-55 years of age, 5'6" tall, 170-175 pounds, with brown hair.

*[signature]*
Joseph Calabrese
Lic. # 0846456

Sworn to before me this
19th day of May 2010.

*[signature]*
Notary Public

JEFFREY ROSENBLUM
Notary Public, State of New York
No. 01RO6201368
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 28, 2013