# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

May 25, 2010

**VIA FACSIMILE UNDER SEAL – (718) 613-2446**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

|     | Re: | United States of America v. Felix Sater |
| --- | --- | --- |
|     | Case No. | : | 98CR1101 (ILG) |
|     | Our File No. | : | 07765.00155 |

Dear Judge Glasser:

We write on behalf of Fred Oberlander, Jody Kriss and Michael Ejekam, in connection with the above-referenced matter.

On May 18, 2010, in response to an Order to Show Cause filed by Morgan Lewis, counsel for Felix Sater, Your Honor issued a Temporary Restraining Order/Injunction and set a hearing for this Friday, May 28, 2010. As we were just recently retained to represent Mr. Oberlander, Jody Kriss and Michael Ejekam, and with the Court's permission, we respectfully request an adjournment of the hearing to June 11, 2010, or a date which is convenient for the Court. This is our first request for any extension.

Kelly Moore and Brian Herman of Morgan Lewis have consented to this adjournment subject to our clients filing their opposition papers by June 8, 2010 and the Temporary Restraining Order/Injunction in the May 18, 2010 Order remaining in place.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lauren J. Rocklin

*granted
Adjourned to
June 11, 2010 @ 11am
So ordered
J.L. Glasser
USDJ
5/26/10*

cc:    Via Facsimile – (212) 309-6001
       Kelly Moore, Esq.
       Brian A. Herman, Esq.

4009864.1