UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.

------------------------------------------------------- X

98-CR-1101-(ILG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
MAY 18 2005
BROOKLYN OFFICE

## NOTICE OF UNAVAILABILITY

**MALMAN, MALMAN & ROSENTHAL**
3230 Stirling Road
Suite 1
Hollywood, Florida 33021
(954) 322-0065

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,                                              98-CR-1101-(ILG)

v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.
----------------------------------------------X

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that undersigned counsel will be unavailable from June 27, 2005 through July 11, 2005. Undersigned respectfully requests that no hearings or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via United States mail to Eric Korngold, Esquire, Office of the United States Attorney, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 this 13th day of May, 2005.

                                                                  Respectfully submitted,

                                                                   Malman, Malman & Rosenthal
                                                                   3230 Stirling Road, Suite 1
                                                                   Hollywood, Florida 33021
                                                                   Telephone: (954) 322-0065
                                                                   Fax: (954) 322-0064
                                                                   By: _____
                                                                   Myles H. Malman
                                                                   MHM 2897