**Morgan Lewis**
COUNSELORS AT LAW

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

September 27, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent John Doe, the movant on an application for injunctive relief with respect to certain sealed and confidential documents.

On August 12, 2010, the Court so-ordered a Stipulated Standstill Order (the "Standstill") by and among Mr. Doe, Fred Oberlander, Jody Kriss and Michael Ejekam (the "Parties"). The Standstill is scheduled to expire today. The Parties have agreed to extend the Standstill, and have therefore executed the attached Amendment to Stipulated Standstill Order (the "Amendment").

We respectfully request that the Court so-order the Amendment.

Respectfully,

*[signature]*

Kelly A. Moore

cc:   Richard Lerner, Esq. (by email)
      Stan Stamoulis, Esq. (by email)
      AUSA Todd Kaminsky (by email)

DB1/65437647.3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                    98 CR 1101 (ILG)

                -against-

JOHN DOE,                                   **FILED UNDER SEAL**

                        Defendant.
----------------------------------------------------------------X

## AMENDMENT TO STIPULATED STANDSTILL ORDER

WHEREAS John Doe (the "Movant") and Frederick M. Oberlander and Jody Kriss (together with Michael Ejekam, "Respondents") executed a Stipulated Standstill Order so ordered by the Court on August 12, 2010 (the "Standstill Order");

WHEREAS the Standstill Order is scheduled to terminate on September 27, 2010;

WHEREAS the parties have agreed to extend the term of the Standstill Order;

NOW THEREFORE, Movant and Respondents, by and through their undersigned counsel, hereby stipulate and agree to, and request that the Court enter an order providing for, the following:

1. Paragraph "1.a." of the Standstill Order is amended to state as follows:

   Movant's time to file the Supplemental Memorandum is adjourned until January 14, 2011, unless this agreement is terminated earlier pursuant to paragraph 4 below. If the agreement is terminated prior to January 14, 2011, then the Supplemental Memorandum shall be filed within one week of the termination date.

2. Paragraph "4.b." of the Standstill Order is amended to state as follows:

   Unless so terminated, this stipulated standstill order shall terminate on January 14, 2011.

3. All other terms in the Standstill Order remain unchanged.

Dated: New York, New York
September 27, 2010

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Leslie R. Caldwell
Kelly A. Moore
Brian A. Herman

*Attorneys for Movant John Doe*


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

Richard E. Lerner

*Attorneys for Respondent Fred Oberlander*


STAMOULIS & WEINBLATT LLC

By: _____

Stamatios Stamoulis

*Attorney for Respondents Jody Kriss and Michael Ejekam*


SO ORDERED

_____
            USDJ
9/27/10