# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

May 25, 2010

**VIA FACIMILE UNDER SEAL – (718) 613-2446**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re:  United States of America v. Felix Sater
     Case No.        :   98CR1101 (ILG)
     Our File No.    :   07765.00155

Dear Judge Glasser:

We write on behalf of Fred Oberlander, Jody Kriss and Michael Ejekam, in connection with the above-referenced matter.

On May 18, 2010, in response to an Order to Show Cause filed by Morgan Lewis, counsel for Felix Sater, Your Honor issued a Temporary Restraining Order/Injunction and set a hearing for this Friday, May 28, 2010. As we were just recently retained to represent Mr. Oberlander, Jody Kriss and Michael Ejekam, and with the Court's permission, we respectfully request an adjournment of the hearing to June 11, 2010, or a date which is convenient for the Court. This is our first request for any extension.

Kelly Moore and Brian Herman of Morgan Lewis have consented to this adjournment subject to our clients filing their opposition papers by June 8, 2010 and the Temporary Restraining Order/Injunction in the May 18, 2010 Order remaining in place.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Lauren J. Rocklin*
Lauren J. Rocklin

cc:  Via Fascimile – (212) 309-6001
     Kelly Moore, Esq.
     Brian A. Herman, Esq.

*[Handwritten annotation: Granted. Adjourned to June 11, 2010 @ 11am to amend. I.L. Glasser USDJ 5/26/10]*

4009864.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

## FACSIMILE

| | |
|---|---|
| 3 Gannett Drive | Telephone #: 914.323.7000 |
| White Plains, NY 10604-3407 | Facsimile #: 914.323.7001 |

The following facsimile has 2 page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise:

| | | | |
|---|---|---|---|
| Company: | United States District Court | Date: | May 25, 2010 |
| Department: | Eastern District of New York | From: | Lauren J. Rocklin |
| Attention: | Hon. I. Leo Glasser | Attorney #: | 2726 |
| Facsimile #: | (718) 613-2446 | File #: | 07765.00155 |
| Telephone #: | (718) 613-2440 | Re: | United States of America v. Felix Sater<br>Case No.: 98CR1101 (ILG) |

## PLEASE SEE ATTACHED

cc:   Kelly Moore, Esq.
      Brian A. Herman, Esq.
      (212) 309-6001

This message is intended only for the use of the Individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains

Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

4010074.1