**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

June 8, 2010

Thomas W. Hyland, Esq.
Wilson, Elser, Moskowitz,
    Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Re:   United States v. Felix Sater
      98 CR 1101 (ILG)

Dear Mr. Hyland:

In paragraph 17 of your "Declaration in Support of Cross Motion and in Opposition to Main Motion" you impliedly request the consent of the Court to contact the "client" who would "readily submit an affidavit stating" how the subject documents came into his possession.

I assume Mr. Oberlander will have no objection to your contacting the "client" for the purpose of obtaining such an affidavit and you have my consent to do so.

Yours sincerely,

I. Leo Glasser

cc:   Kelly Moore, Esq.