Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

June 8, 2010

## TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Felix Sater, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent Mr. Sater in the above captioned matter. On June 7, 2010, we received Non-Party Respondent Frederick M. Oberlander, Esq.'s "Notice of Cross-Motion" and "Declaration of Thomas W. Hyland in Support of Cross-Motion and in Opposition to Main Motion" requesting permission to contact the "client" from whom Mr. Oberlander claims he received the sealed and confidential documents. To the extent that Mr. Hyland, who represents Mr. Oberlander in this matter, wishes to contact that "client" for the sole purpose of *obtaining* information and an affidavit from that individual explaining how, where and when he/she received the sealed and confidential information, we have no objection to that application.

Respectfully,

*[signature]*

Kelly A. Moore

cc:  Thomas W. Hyland, Esq. (by E-Mail)
     Stamatios Stamoulis, Esq. (by E-Mail)

DB1/64964748.3