Joshua Bernstein

Page 226

1  Q. Do you have any hard
2  evidence or hard basis for saying that
3  other than your belief?
4  A. Not at this point.
5  Q. Do you, the period -- I
6  think we went over this -- the period of
7  missing sent e-mails was roughly May
8  through August or September of 2008?
9  A. I don't have it offhand.
10 Q. Approximately. I won't hold
11 you. Give or take a month; is that
12 right?
13 A. I will give that, yeah.
14 Q. So during that period did
15 you download any of your files or all of
16 your files to this portable hard drive?
17 A. During that period I did
18 download files.
19        THE WITNESS: Can I use the
20 bathroom real quick.
21        (Whereupon, a short recess
22 was taken.)
23        MR. DOMB: What's the last
24 question please.

Page 227

1        (Whereupon, the requested
2  question was read back by the
3  reporter.)
4  Q. And you said, I believe that
5  you keep these in a portable hard drive?
6  A. What are these?
7  Q. The electronic files from
8  Bayrock that you took with you?
9  A. I did.
10 Q. And you still have it?
11 A. I don't have that drive,
12 that specific drive, no.
13 Q. You transferred it to a
14 different drive?
15 A. Yes.
16 Q. So the contents are still
17 there?
18 A. Yes.
19 Q. Does the drive have things
20 on it other than Bayrock-related items?
21 A. Does the current drive or
22 the --
23 Q. Well, how many do you now
24 have?

Page 228

1  A. I don't know. I don't keep
2  count.
3  Q. Do you have the more than
4  one external drive containing Bayrock
5  materials?
6  A. I don't believe so.
7  Q. So you have one?
8  A. Yes.
9  Q. Does that, what do you call
10 that, an external drive? Is that a good
11 term for you to use?
12 A. It works.
13 Q. Does that drive contain
14 items other than Bayrock-related items?
15 A. I believe so.
16 Q. Is there a way for you to
17 separate out the Bayrock from the
18 non-Bayrock?
19 A. Should be.
20 Q. How would you do it?
21 A. Manually.
22 Q. One by one?
23 A. Absolutely.
24 Q. How many different e-mails

Page 229

1  or files are in it?
2  A. I don't know.
3  Q. When you produced documents
4  in this case you did not produce all the
5  Bayrock-related items in that portable
6  hard drive, did you?
7  A. It's all relevant documents.
8  Q. And you made the decision as
9  to what is relevant or not?
10 A. (No response.)
11 Q. Who made that decision?
12        MR. FEINBERG: You served a
13 documented request. He responded
14 to the document request.
15        MR. DOMB: I'm asking a
16 simple question.
17 Q. Who made the decision as to
18 what to produce from that drive? Was it
19 you?
20 A. Between my counsel and I.
21 Q. So did you, are there some
22 Bayrock-related materials that you did
23 not produce?
24 A. Yes.

Joshua Bernstein

Page 230

1 MR. DOMB: Do you have any
2 objection to producing all
3 Bayrock-related materials that you
4 have not yet produced from that
5 portable hard drive.
6 MR. FEINBERG: I guess if
7 you make a request specifically
8 we'll take it under advisement
9 whether we have a problem with it
10 or not.
11 MR. DOMB: From my review of
12 the document request I thought it
13 was very broad and it was already
14 requested.
15 But, for the record, we do
16 request that you produce promptly
17 all Bayrock-related items from
18 that drive.
19 And as you know there's been
20 a dispute. We also request the
21 ability for an independent
22 computer expert to review that and
23 make sure that that happens. So
24 we do make that request, and

Page 231

1 please mark that.
2 MR. OBERLANDER: That's
3 bilateral, isn't it? I think we
4 made the same request. I'm just
5 saying that it can be coordinated.
6 MR. FEINBERG: You made the
7 request, because you have missing
8 documents that we were going to
9 access to try to find out why or
10 in what manner they were deleted,
11 okay. We've never indicated that
12 we have files that have been
13 deleted or other materials that
14 require --
15 You don't get access
16 automatically to someone's
17 computer just because you want to
18 see what they have. You made your
19 request and we'll take it under
20 advisement.
21 MR. DOMB: The record says
22 what it says. There are
23 Bayrock-related materials that
24 your side made a decision not to

Page 232

1 produce some and not others, and
2 we are entitled to see all of
3 them. So we make that request.
4 MR. FEINBERG: And we'll
5 verify to see whether the request
6 that you made in terms of the
7 document response has been
8 complied with.
9 And there may be documents
10 other than those which were
11 responsive to your request, which
12 is what I assume you're asking
13 for.
14 In other words, just so
15 we're clear, you have a document
16 request --
17 MR. DOMB: I'm making two
18 requests. If we requested it and
19 it hasn't been produced, obviously
20 we want it.
21 MR. FEINBERG: Obviously.
22 MR. DOMB: And if you did
23 not read our request broadly
24 enough, we now request all

Page 233

1 Bayrock-related items in that
2 portable hard drive, whether you
3 deem them to be within our
4 document request, or whether
5 anyone deems them to be --
6 MR. FEINBERG: That's a new
7 request, and we'll take that under
8 advisement.
9 BY MR. DOMB:
10 Q. Have you now described
11 fairly all of the Bayrock-related items
12 that you took with you after you left
13 Bayrock, that is, paper and electronic
14 files?
15 A. All of what I -- there was a
16 Blackberry that I sent back to Bayrock,
17 that I retained or sent back.
18 Q. Okay. On the Blackberry,
19 you had a Blackberry that was issued to
20 you or provided to you by Bayrock?
21 A. Correct.
22 Q. And after you left Bayrock
23 you sent it back?
24 A. Yes.