Case 1:98-cr-01101-ILG   Document 66   Filed 07/02/10   Page 1 of 2 PageID #: 476

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639

Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

July 2, 2010

## Via Facsimile Under Seal – (718) 613-2446
## And Via Federal Express

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

> Re:   **United States of America v. Felix Sater**
>       **Case No.             :      98CR1101 (ILG)**
>       **Our File No.         :      07765.00155**

Dear Judge Glasser:

I am just writing to state my understanding of the court's scheduling order. Should I be incorrect, I request that I be so advised.

On the record of the recent hearing on June 21st, Ms. Moore was given until June 28th to submit her memorandum of law, and we were given until July 9th to respond. By letter dated June 25th – which was so-ordered by the court – Ms. Moore's time was extended to July 1st, and we were directed to submit our brief "a week later."

It is my understanding that "a week later" means July 16th, *i.e.*, a week after July 9th, when our response was originally due. Otherwise, "a week later" would mean that our brief would actually be due on July 8th, if measured as a week from receipt of Ms. Moore's paper – which would make it due earlier (not later) than the court had originally ordered.

If I am in any way mistaken, I'd ask that the court clarify when our response would be due.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Richard E. Lerner* RL.

Richard E. Lerner

4049138.1

Page 2


cc:     **Via E-Mail**

        Kelly Moore, Esq.
        Brian Herman, Esq.
        David Snider, Esq.
        Thomas W. Hyland, Esq.
        Lauren J. Rocklin, Esq.
        Stamatios Stamoulis, Esq.
        Todd Kaminsky, Esq. – US Attorney's Office
        Marshall Miller, Esq. – US Attorney's Office
        Frederick M. Oberlander, Esq.