Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6812
kelly.moore@MorganLewis.com

July 26, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:　United States v. Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent John Doe, the movant on an application for injunctive relief with respect to certain sealed and confidential documents. At the oral argument on July 20, 2010, the Court consented to an application for movant to file a supplemental brief on July 27, 2010 and continued and expanded the Temporary Restraining Order ("TRO") that was in effect.

The parties are now negotiating a standstill agreement, with the goal of reaching a consensual resolution to the proceedings before this Court. We anticipate finalizing the standstill agreement within the next several days and respectfully request an extension of our time to file a supplemental brief, should it still be necessary to do so in the unexpected event that we are unable to finalize the standstill agreement. If a standstill agreement is not finalized, we will promptly advise the Court and request a short extension to submit our supplemental memorandum of law.

Respondents consent to this request, and also consent to a continuation of the TRO.

Respectfully,

Kelly A. Moore

cc:　Richard Lerner, Esq.
　　Stan Stamoulis, Esq.
　　AUSA Todd Kaminsky

*[Handwritten annotation by Judge: Granted — the TRO is extended to 8/3/10 on which date, if agreement referenced above not reached prior to that date, parties to provide status report in writing. So ordered. I.L. Glasser USDJ 7/27/10]*

DB1/65337839.1