Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

September 27, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent John Doe, the movant on an application for injunctive relief with respect to certain sealed and confidential documents.

On August 12, 2010, the Court so-ordered a Stipulated Standstill Order (the "Standstill") by and among Mr. Doe, Fred Oberlander, Jody Kriss and Michael Ejekam (the "Parties"). The Standstill is scheduled to expire today. The Parties have agreed to extend the Standstill, and have therefore executed the attached Amendment to Stipulated Standstill Order (the "Amendment").

We respectfully request that the Court so-order the Amendment.

Respectfully,

*/s/ Kelly A. Moore*

Kelly A. Moore

cc: Richard Lerner, Esq. (by email)
    Stam Stamoulis, Esq. (by email)
    AUSA Todd Kaminsky (by email)

DB1/65437647.3