UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  Plaintiff,

                                                                           98 CR 1101 (ILG)

            -against-

                                                                            **FILED UNDER SEAL**

JOHN DOE,

                  Defendant.
-----------------------------------------------------------------X

## AMENDMENT TO STIPULATED STANDSTILL ORDER

WHEREAS John Doe (the "Movant") and Frederick M. Oberlander and Jody Kriss (together with Michael Ejekam, "Respondents") executed a Stipulated Standstill Order so ordered by the Court on August 12, 2010 (the "Standstill Order");

WHEREAS the Standstill Order is scheduled to terminate on September 27, 2010;

WHEREAS the parties have agreed to extend the term of the Standstill Order;

NOW THEREFORE, Movant and Respondents, by and through their undersigned counsel, hereby stipulate and agree to, and request that the Court enter an order providing for, the following:

1. Paragraph "1.a." of the Standstill Order is amended to state as follows:

   Movant's time to file the Supplemental Memorandum is adjourned until January 14, 2011, unless this agreement is terminated earlier pursuant to paragraph 4 below. If the agreement is terminated prior to January 14, 2011, then the Supplemental Memorandum shall be filed within one week of the termination date.

2. Paragraph "4.b." of the Standstill Order is amended to state as follows:

   Unless so terminated, this stipulated standstill order shall terminate on January 14, 2011.

3. All other terms in the Standstill Order remain unchanged.

DB1/65694583.2

Dated: New York, New York
September 27, 2010

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Leslie R. Caldwell
Kelly A. Moore
Brian A. Herman

*Attorneys for Movant John Doe*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

Richard E. Lerner

*Attorneys for Respondent Fred Oberlander*

STAMOULIS & WEINBLATT LLC

By: _____

Stamatios Stamoulis

*Attorney for Respondents Jody Kriss and Michael Ejekam*

SO ORDERED

_____
USDJ
9/27/10

2

DB1/65684588.2