Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@morganlewis.com

November 16, 2010

**VIA FACSIMILE**

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:　United States v. John Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent the movant John Doe in the above-captioned matter. I am writing to advise Your Honor that the Respondents have elected to terminate the current standstill agreement in this matter effective November 17, 2010. Pursuant to the standstill agreement, we have until November 24, 2010 to submit a supplemental memorandum of law in support of our application for relief, including an order directing the Respondents to return or destroy all copies of the sensitive and confidential documents in their possession that were taken from our client without his consent or knowledge and that relate to a sealed criminal matter. I have spoken to AUSA Todd Kaminsky and he has advised me that the government also intends to file a submission in this matter by November 24, 2010, setting forth its position that this Court has the authority to order the return or destruction of the documents and materials at issue.

Respectfully,

Kelly A. Moore

cc:　Richard Lerner, Esq.
　　　Stam Stamoulis, Esq.
　　　AUSA Todd Kaminsky
　　　AUSA Peter Norling

DB1/66039901.1