UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                      :    **SEALED ORDER**
:
                             Plaintiff,   :    98 Cr. 1101 (ILG)
:
         - against -                                  :
:
FELIX SATER,                                                   :
:
                          Defendant.  :
:
-------------------------------------------------------------- X

       The Court has reviewed Richard Roe's motion for reconsideration. It is denied. It was plainly the intent of Judge Glasser to have those documents destroyed or returned. There is no prejudice to Roe because in the event he prevails in having the sealing order overturned in the Circuit, he will again have access to the documents.

**SO ORDERED.**

                                                      s/ Hon. Brian M. Cogan
                                                           U.S.D.J.

Dated: Brooklyn, New York
        April 4, 2011