UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

JOHN DOE,

                Defendant.
-----------------------------------------------x

FILED UNDER SEAL

ORDER
98 CR 1101 (ILG)

GLASSER, United States District Judge:

A letter motion, dated August 24, 2011, has been made by the government seeking an Order that would permit it to withdraw an unsealing motion made on March 17, 2011, without prejudice and with leave to re-file that motion at a later, unspecified date.

    The motion is hereby granted.

    SO ORDERED.

Dated:      Brooklyn, New York
              August 24, 2011

                                         I LEO GLASSER
                                         I. Leo Glasser

Sent by fax to:

Todd Kaminsky, AUSA 718-254-6669
Michael Beys, Esq. 212-387-8229