UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -

JOHN DOE,

          Defendant.

- - - - - - - - - - - - - - - -X

SCHEDULING ORDER

Cr. No. 98-1101 (ILG)

        Upon the January 26, 2012 application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Todd Kaminsky and Evan M. Norris, and full consideration having been given to this matter,

        IT IS HEREBY ORDERED that, in light of the government's withdrawal of its March 17, 2011 motion to unseal and the reasons provided therefor, the only issue ripe for decision following the remand of this case from the United States Court of Appeals for the Second Circuit is whether this Court should permanently enjoin non-party Richard Roe from disseminating the following sealed documents in his possession relating to the defendant John Doe: (a) two proffer agreements, (b) a cooperation agreement, (c) a criminal complaint and (d) a criminal information;

        IT IS HEREBY FURTHER ORDERED that the parties file briefs setting forth their respective positions with regard to the matter referred to above pursuant to the following schedule:

2

        1.    The government shall file its brief on or before February 7, 2012;

        2.    Doe and Roe shall file their responsive briefs on or before February 21, 2012;

        3.    The government shall file any reply on or before February 28, 2012; and

        IT IS HEREBY FURTHER ORDERED that the Court will hold oral argument on March 9th, 2012 at 11:00 AM.

        SO ORDERED.

Dated: Brooklyn, New York  
      January 26, 2012

s/ I Leo Glasser

_____  
THE HONORABLE I. LEO GLASSER  
UNITED STATES DISTRICT JUDGE