FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 1 0 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION FOR LIMITED UNSEALING ORDER IN SEALED CASE |
| v. | |
| JOHN DOE, ET AL. | CASE NO. 98-1101 (ILG) |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon application of Richard S. Hartunian, United States Attorney for the Northern District of New York, by Stephen C. Green, Assistant United States Attorney, it is hereby ordered that the docket, all documents referenced in the docket, and transcripts of all hearings and proceedings held before this Court be unsealed and made available to NDNY AUSA Stephen C. Green and NDNY criminal chief Steven D. Clymer for their limited and exclusive purpose of assisting the investigation being conducted by the United States Attorney's Office for the Northern District of New York of possible criminal contempt committed in connection with this matter.

Dated: Brooklyn, New York
August ___, 2012

SO ORDERED

S/ILG

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York