UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

   -against-

JOHN DOE,

              Defendant.
-------------------------------------------------x

ORDER
98 CR 1101 (ILG)

GLASSER, United States District Judge:

      By letter dated August 6, 2010, transmitted to the Court by facsimile which bears the time stamp "Aug-06-2010 Fri 06:57 PM" and found in the Court's in-box on Monday morning, August 9, 2010, the defendant Doe "requests that the Court clarify the scope of the orders issued by the Court in this matter." The Court regards this "request" as a motion in accordance with Rule 7(b)(1), Fed. R. Civ. P. The parties who were copied with the letter request and named in the "CC" at the bottom thereof, and including Fred Oberlander, who is not named, are hereby given the opportunity to respond in writing on or before 12 noon on August 12, 2010, and at that time advise the Court if they desire to be heard orally on the matter in open court, in which event they will be heard on Friday, August 13th at 12 noon.

      SO ORDERED.

Dated:      Brooklyn, New York
             August 9, 2010

                                                        S/
                                           I. Leo Glasser