Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

August 12, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

We represent John Doe, the movant on an application for injunctive relief with respect to certain sealed and confidential documents.

We are in receipt of Mr. Lerner's letter of this morning. While we disagree with his characterizations, we agree that, if the Court so-orders the standstill, a hearing tomorrow is unnecessary.

We reserve our rights to seek clarification of the Court's orders in the event the standstill is terminated. We also reserve our rights with respect to Josh Bernstein's non-compliance with the Court's order.

Respectfully,

[signature]

Kelly A. Moore

cc:   Richard Lerner, Esq. (by email)
      Stam Stamoulis, Esq. (by email)
      AUSA Todd Kaminsky (by email)

*[Handwritten note by Judge:]* The standstill agreement has been "so ordered" and The hearing scheduled for August 13th, 2010 is hereby adjourned sine die. So ordered. I. L. Glasser USDJ 8/14/10

DB1/65437647.2