# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000 Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

April 14, 2011

**Via Facsimile – (718) 613-2446**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

   Re: **United States of America v. Felix Sater**
     **Case No. : 98CR1101 (ILG)**
     **Our File No. : 07765.00155**

Dear Judge Glasser:

  On April 12th, the Second Circuit publicly docketed an order requesting that the government and "Richard Roe" confer and submit a joint order which would achieve the parties' objectives as set forth in their letter applications, which sought clarification that your honor has jurisdiction to unseal the docket of this matter. Though the joint order has not yet been signed by the Second Circuit, we are providing it to you now, because upon its entry we believe that you will be under an obligation to unseal the docket forthwith. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126-27 (2d Cir. 2006). The purpose of this letter is to give you advance notice that the order may be entered soon.

          Respectfully submitted,

     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

          Richard E. Lerner

Enclosures:
cc: **Via E-Mail / Fax (with enclosures)**
  Todd Kaminsky, Esq. – US Attorney's Office
  Nade Mobargha & Michael Beys
  Frederick M. Oberlander, Esq.
  Hon. Brian Cogan, USDJ – EDNY (Fax No.: 718-613-2236)

- 1 -

4563449.1

Case: 10-2905   Document: 182   Page: 1   04/12/2011   260494   E.D.N.Y.-Bklyn
Glasser, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of April, two thousand eleven.

Present:
   José A. Cabranes,
   Rosemary S. Pooler,
   Denny Chin,
         *Circuit Judges*.

---

Richard Roe,

    *Respondent-Appellant*,

v.                                          Nos. 10-2905-cr, 11-479

United States of America,

    *Appellee*,

John Doe,

    *Defendant-Appellee*.

---

IT IS HEREBY ORDERED that appellee United States shall confer with appellant Richard Roe, and submit by 5:00 p.m. on Monday, April 18, 2011, a proposed order that would achieve the parties' objectives as described in the government's letter of March 30, 2011 and appellant Richard Roe's request for clarification of our February 14, 2011 order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk





