FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 21 2012 ★

BROOKLYN OFFICE

EJK:ALC
F.# 1998R01996

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - -X

LIMITED UNSEALING ORDER

98 CR 1101 (ILG)

       Upon application of United States Attorney Loretta E. Lynch, by Assistant United States Attorney Evan M. Norris, it is hereby ORDERED that any and all documents having been previously ordered sealed, be unsealed for the limited purpose of permitting the government to obtain from the Clerk of Court copies of any documents it does not currently have in its files to assist it in determining its position with respect to the continued sealing of those documents.

       Any and all documents that may be unsealed pursuant to this Order for the limited purpose stated above shall remain

under seal for all other purposes until further order of this Court.

    SO ORDERED.

Dated: Brooklyn, New York
       September ___, 2012

                                              s/ILG
                              THE HONORABLE I. LEO GLASSER
                              UNITED STATES DISTRICT JUDGE