UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

JOHN DOE,

        Defendant.
----------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 1 - 2012 ★
BROOKLYN OFFICE

ORDER
98 CR 1101 (ILG)

GLASSER, United States District Judge:

In an Order dated August 27, 2012, the Court granted motions to unseal the docket sheet only in the above captioned case and directed a hearing to be held on October 2, 2012 for the purpose of determining whether unsealing any documents in that case is required.

By letter application of this day, the United States requests an adjournment of that hearing for reasons stated.

Regarding those reasons as stating good cause, that hearing is hereby adjourned to October 9, 2012 at 2:00 p.m.

    SO ORDERED.

Dated:    Brooklyn, New York
            September 28, 2012

                                      /s/(ILG)
                                  _____
                                      I. Leo Glasser